herein is vacated and it is ordered that the petition for writ of certiorari in this case be, and the same is hereby, granted. *Mr. Wm. S. Moorhead* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, John Henry McEvers, W. Marvin Smith,* and *Clarence M. Charest* for respondent.

No. 489. ENAMELED METALS CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. S. Leo Ruslander, Samuel Kaufman, Clarence N. Goodwin,* and *George R. Beneman* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, John MacC. Hudson,* and *Clarence M. Charest* for respondent.

No. 477. HUSTY ET AL. *v.* UNITED STATES. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. John B. McMahon* and *P. F. Parrott* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Mahlon D. Kiefer, F. Cadmus Damrell,* and *Paul D. Miller* for the United States.

No. 490. FRANK L. YOUNG CO. *v.* McNEAL EDWARDS Co. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. John G. Palfrey* and *Charles F. Albert* for petitioner. *Mr. Asa P. French* for respondent. See also 35 *id.* 829; 43 *id.* 99.